NEW-YORK,
October, 1811.

HERRICK
v
BENNETT.

————————

HERRICK *against* BENNETT.

It is sufficient to state a promissory note, in the declaration, according to its terms.
Where no time of payment is mentioned in a note, it is payable immediately.

THIS was an action of *assumpsit* on a promissory note. The first count of the plaintiff's declaration stated, that the defendant, on the 25th *May*, 1809, at, &c. made his certain promissory note in writing, subscribed, &c. and then and there delivered the same to the plaintiff, by which said note the defendant promised to pay to the plaintiff, or order, 112 dollars and 53 cents. By reason whereof, &c. There was a demurrer to this count of the declaration, which was submitted to the court, without argument.

*Per Curiam.* It is to be presumed that the plaintiff has stated the note, in his declaration, according to the terms of it, and that is sufficient. The conclusion of the law is, that where no time of payment is specified in a

.6

note, it is payable immediately. The first count, then, shows a cause of action, and the plaintiff is entitled to judgment.

NEW-YORK,
October, 1811.

FITZHUGH
v.
RUNYON.

Judgment for the plaintiff.